CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
TAURINO MONDRAGON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TAURINO MONDRAGON, et al.,<br><br>Defendants. | Case No.: 10-473 WBS<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:  January 17, 2012<br>TIME:  9:30 a.m.<br>JUDGE:  Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Heiko Coppola, Counsel for Plaintiff, and Attorneys Clemente M. Jiménez, Counsel for Defendant TAURINO MONDRAGON, and Dina Santos, Counsel for Defendant SALVADOR MONDRAGON, that the status conference scheduled for January 17, 2012, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on February 21, 2012, 9:30 a.m. for further status conference. Defense investigation in this matter is ongoing and requires additional time for completion. Furthermore, counsel seeks additional time to prepare and confer with their respective clients. This request is made as to defendants Taurino Mondragon and Salvador Mondragon only.

    IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and

allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: January 13, 2012          /S/     Heiko Coppola_____
                                 HEIKO COPPOLA
                                 Attorney for Plaintiff


                                 /S/     Clemente M. Jiménez_____
                                 CLEMENTE M. JIMÉNEZ
                                 Attorney for Taurino Mondragon


                                 /S/     Dina Santos_____
                                 DINA SANTOS
                                 Attorney for Salvador Mondragon


**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for January 17, at 9:30 a.m., be vacated and the matter continued to February 21, 2012, at 9:30 a.m. for further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 13th day of January, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE